No. 239. RUSSELL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Joseph A. Fanelli* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 328. LIVERIGHT v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Harry I. Rand* and *Leonard B. Boudin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 731. CARMINATI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *I. William Stempil* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 891. SCHUBERT v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *LeRoy R. Cohen, Jr.* and *John F. Kelly* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett* and *Fred E. Youngman* for respondent.

No. 948. CLIETT v. HAMMONDS ET AL. C. A. 5th Cir. Certiorari denied. *Raymond Hill* and *O. John Rogge* for petitioner. *W. H. Betts* for respondents.